UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 06-60241-CIV-ALTONAGA/Brown

**SAINVILUS FRANCOIS**,

    Plaintiff,
vs.

**FRIED GREEN TOMATOES, INC.**
and **BILLIE GEMMILL**,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT

**THIS CAUSE** came before the Court upon Magistrate Judge Stephen T. Brown's Report and Recommendation ("Report") [D.E. 260], filed on January 14, 2009. On December 1, 2008, Plaintiff filed a Verified Motion to Tax Attorney's Fees ("Motion') [D.E. 248]. The Court referred the Motion to Magistrate Judge Brown under 28 U.S.C. § 636(b)(1). In the Report, Judge Brown recommends that appellate attorneys' fees in the total sum of $26,840.00 be awarded to Plaintiff. Defendants have not filed any specific objections to Judge Browns's Report.[1]

The Court has carefully reviewed Judge Brown's Report, the parties' written submissions, and the applicable law, and has conducted a *de novo* review of the record. The undersigned is in full agreement with the analysis and recommendations stated in Judge Brown's Report. Accordingly, it is **ORDERED AND ADJUDGED** that Judge Brown's Report **[D.E. 260]** is **AFFIRMED AND ADOPTED**. Plaintiff's Motion **[D.E. 248]** is **GRANTED**. Counsel for Plaintiff are hereby awarded

---

[1] In their Response to Plaintiff's Motion, Defendants assert they "do not dispute that Plaintiff is entitled to reasonable attorneys' fees." (*Response to Motion* [D.E. 255] at 1).

Case No. 06-60241-CIV-ALTONAGA/Brown

their reasonable attorney's fees and costs, in the amount of $26,840.00 against Defendants, Fried Green Tomatoes, Inc. and Billie Gemmill, together with interest thereon, for all of which let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of February, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)   Magistrate Judge Stephen T. Brown
(2)   Counsel of record